# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**

*Page 1 of 1*

*16-Nov-2023*

| Customer |
|---|
| PC EVENTS LLC./STEEL PIER BOARDWALK |
| 1000 BOARDWALK |
| |
| ATLANTIC CITY, NJ  08401 |

| Account# | Total Due | Current |
|---|---|---|
| PCEVE100 | $11,082.10 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $11,082.10 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2014865 | 10-Aug-21 | **10-Aug-21** | IN | $3,466.89 | **$3,466.89** | Delinquent | |
| 2014929 | 11-Aug-21 | **11-Aug-21** | IN | $3,676.75 | **$3,676.75** | Delinquent | Deliver tomorrow |
| 2015142 | 18-Aug-21 | **18-Aug-21** | IN | $3,938.46 | **$3,938.46** | Delinquent | |