*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri–State Paper, Inc.<br>Debtor(s) | Case No. 23–13237–pmm<br>Chapter 11 |
| Tri–State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>PC Events, LLC<br>Defendant | Adversary No. 23–00094–pmm |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before December 27, 2023, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before January 2, 2024.

    Address of the clerk                                           Eastern District of Pennsylvania
                                                                               900 Market Street
                                                                                Suite 400
                                                                                Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                     MICHAEL A. CIBIK
                                                                                Cibik Law, P.C.
                                                                                1500 Walnut Street
                                                                                Suite 900
                                                                                Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                            For The Court

                                                                                            Timothy B. McGrath
                                                                                            Clerk of Court

Date: November 27, 2023