IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: TRI-STATE PAPER, INC., <br>     Debtor. | Case no. 23-13237-pmm <br> Chapter 11 |
| TRI-STATE PAPER, INC., <br>     Plaintiff, <br> v. <br> PC EVENTS, LLC, <br>     Defendant. | Adversary no. 23-00094-pmm |

## **ANSWER TO COMPLAINT FOR TURNOVER OF PROPERTY**

Defendant PC Events, LLC ("Defendant" or "PC Events"), by its undersigned attorneys, Answers the Complaint of Plaintiff Tri-State Paper, Inc. ("Plaintiff" or "Tri-State") as follows:

1. Defendant lacks sufficient information to admit or deny the allegations of paragraph 1 of the Complaint, and so puts Plaintiff to its proof. By way of further response, Plaintiff claims to have an address at 149 East Church Street, Blackwood, New Jersey 08012 (*see* Complaint Exhibit A)

2. Denied. Defendant's principal place of business is 1000 Boardwalk, Atlantic City, New Jersey 08401.

3. This is a conclusion of law to which no response is required, and which is Plaintiff's burden to establish.

4. This is a conclusion of law to which no response is required, and which is Plaintiff's burden to establish.

3844070_1

5. This is a conclusion of law to which no response is required, and which is Plaintiff's burden to establish.

6. This is a conclusion of law to which no response is required, and which is Plaintiff's burden to establish.

7. Admitted.

8. Defendant repeats and re-alleges its responses to paragraphs 1–7 *above* as if fully set forth.

9. Denied. No goods were received during this period.

10. Denied. No invoices or statements were received, and Defendant has not refused to pay anything that it owes.

11. Denied. Defendant does not owe Plaintiff any money.

12. To the extent this paragraph sets forth a conclusion of bankruptcy law, no response is required. To the extent this paragraph sets forth an allegation of fact, it is denied: there was and is no balance due from Defendant to Plaintiff.

13. Denied. Plaintiff's demand for turnover is rejected, as there is no balance due.

WHEREFORE, Defendant PC Events, LLC requests that Judgment be entered dismissing this Adversary Proceeding with prejudice, and awarding costs and all other appropriate relief to Defendant.

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claim is barred by the applicable Statute of Frauds.

3844070_1

3. Upon information and belief, the alleged "Statement" attached to the Complaint as Exhibit A is false and fraudulent, manufactured by a former salesman for Plaintiff to cover up that person's theft of company property.

WHEREFORE, Defendant PC Events, LLC requests that Judgment be entered dismissing this Adversary Proceeding with prejudice, and awarding costs and all other appropriate relief to Defendant.

Date: January 17, 2024

Respectfully submitted,
SPECTOR GADON ROSEN VINCI P.C.

By: _____
David B. Picker, Esquire
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215-241-8888 / FAX- 215-241-8844
dpicker@sgrvlaw.com
*Attorneys for Defendant PC Events, LLC*

## CERTIFICATE OF SERVICE

David B. Picker hereby certifies that on this 17th day of **January**, 2024, I caused the foregoing Answer to Adversary Proceeding Complaint to be served on counsel for Plaintiff through the Court's ECF electronic filing and service system as follows:

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com

Date: January 17, 2024

_____
David B. Picker

3844070_1