United States Bankruptcy Court
Eastern District of Pennsylvania

Tri-State Paper, Inc.,
    Plaintiff

PC Events, LLC,
    Defendant

Adv. Proc. No. 23-00094-pmm

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jan 30, 2024      Form ID: pdf900      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | PC Events, LLC, 675 Lancaster Avenue, Berwyn, PA 19312-1686 |
| pla | | Tri-State Paper, Inc., 4500 N 3rd St, Philadelphia, PA 19140-1502 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2024 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2024 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 31 2024 00:24:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| DAVID B. PICKER | on behalf of Defendant PC Events  LLC dpicker@sgrvlaw.com, klove@sgrvlaw.com |
| MICHAEL A. CIBIK | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Plaintiff Tri-State Paper  Inc. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br>　　　　Plaintiff,<br><br>v.<br><br>PC Events, LLC,<br>　　　　Defendant. | Adversary No. 23-00094-pmm |

## Consent Order Dismissing Case

**AND NOW**, with the consent of all parties to this action by and through their respective attorneys, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** as to all claims, causes of actions, and parties, with each party bearing its own attorney's fees and costs.

Date: **January 30, 2024**

/s/ Patricia M. Mayer
_____
Patricia M. Mayer
U.S. Bankruptcy Judge

We consent to the form and entry of this order.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Plaintiff*<br>　*Tri-State Paper, Inc.* | SPECTOR GADON ROSEN VINCI P.C.<br>*Counsel for Defendant*<br>　*PC Events, LLC* |
| By: /s/ Michael I. Assad<br>　　Michael I. Assad<br>　　Attorney ID 330937<br>　　1500 Walnut Street, Suite 900<br>　　Philadelphia, PA 19102<br>　　215-735-1060<br>　　mail@cibiklaw.com | By:/s/ David B. Picker<br>　　David B. Picker<br>　　Attorney ID 65153<br>　　1635 Market Street, 7th Floor<br>　　Philadelphia, PA 19103<br>　　215-241-8897<br>　　dpicker@sgrvlaw.com |